**DISMISS and Opinion Filed August 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00407-CV

### IN THE INTEREST OF S.L., A CHILD

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53564-2013**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

At the request of the parties, we abated this appeal on July 9, 2014 to allow the trial court

to conduct such proceedings as necessary to effectuate the parties' settlement agreement. The

parties have now filed a joint motion to dismiss the appeal. They have informed the Court that

the proceedings in the trial court have concluded and they request that this appeal be dismissed.

Accordingly, we grant the parties' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

140407F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF S.L., A CHILD

No. 05-14-00407-CV

On Appeal from the 429th Judicial District Court, Collin County, Texas.
Trial Court Cause No. 429-53564-2013.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Brown, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee, Ravda Line, recover her costs of this appeal from appellant, Nicholas Line.

Judgment entered August 18, 2014